**Electronically Filed
Supreme Court
SCWC-10-0000212
19-MAR-2013
09:40 AM**

SCWC-10-0000212

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

STATE OF HAWAI‘I,
Petitioner/Plaintiff-Appellee,

vs.

SAGE MILLION,
Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-10-0000212; CR. NO. 08-1-0023)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack JJ.)

Petitioner/Plaintiff-Appellee State of Hawai‘i's

application for writ of certiorari, filed February 7, 2013, is

hereby rejected.

DATED:  Honolulu, Hawai‘i, March 19, 2013.

/s/ Mark E. Recktenwald

Jefferson R. Malate
for the petitioner                    /s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

James S. Tabe
for the respondent                    /s/ Sabrina S. McKenna

/s/ Richard W. Pollack

